UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

            Plaintiff,           **VERDICT SHEET**

     - against -                03-133 (S-3)(SJ)

**ABAD ELFGEEH** and
**AREF ELFGEEH**,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - -X

**COUNT ONE**: CONSPIRACY TO OPERATE AN ILLEGAL MONEY TRANSMITTING BUSINESS <u>BETWEEN JANUARY 1995 AND OCTOBER 2001</u>

How do you find the defendant **ABAD ELFGEEH** on COUNT ONE of the Superseding indictment?

        NOT GUILTY \_\_\_\_     GUILTY \_X\_

**COUNT TWO**: OPERATING AN ILLEGAL MONEY TRANSMITTING BUSINESS <u>BETWEEN JANUARY 1995 AND OCTOBER 2001</u>

How do you find the defendant **ABAD ELFGEEH** on COUNT TWO of the Superseding indictment?

        NOT GUILTY \_\_\_\_     GUILTY \_X\_

**COUNT THREE**: CONSPIRACY TO OPERATE AN ILLEGAL MONEY TRANSMITTING BUSINESS <u>BETWEEN NOVEMBER 2001 AND JANUARY 2003</u>



COURT'S
EXHIBIT NO. 3
IDENTIFICATION/EVIDENCE
DKT. # 03 CR 133
DATE: 9/20/05

2

How do you find the defendant **ABAD ELFGEEH** on COUNT THREE of the Superseding indictment?

NOT GUILTY _____    GUILTY _X_

How do you find the defendant **AREF ELFGEEH** on COUNT THREE of the Superseding indictment?

NOT GUILTY _____    GUILTY _X_

**COUNT FOUR**: OPERATING AN ILLEGAL MONEY TRANSMITTING BUSINESS BETWEEN NOVEMBER 2001 AND JANUARY 2003

How do you find the defendant **ABAD ELFGEEH** on COUNT FOUR of the Superseding indictment?

NOT GUILTY _____    GUILTY _X_

How do you find the defendant **AREF ELFGEEH** on COUNT FOUR of the Superseding indictment?

NOT GUILTY _____    GUILTY _X_

**COUNT FIVE**: STRUCTURING

How do you find the defendant **ABAD ELFGEEH** on COUNT FIVE of the Superseding indictment?

NOT GUILTY _____    GUILTY _X_

_Walter Richman_
Foreperson

Dated:    Brooklyn, New York
_9 – 21_ , 2005