RE UNITED STATES OF AMERICA V. ABAD ELFGEEH

Chief of the Sentencing District
& Presiding Judge of USDC as to case No.: 03-CR-0133:

ACTUAL, DUE, LEGAL, AND REQUEST TO TAKE JUDICIAL NOTICE BROOKLYN

For Your information, and investigation, please be advised that pending in the Western District United States District Chiefs Office is an application for Supervision and Oversight exercise over the Districts Federal Bureau of Prisons Branch-FCI Loretto and the FBOP/USBOP entities neglect of their obligations and legal duties charged under and pursuant to the Sentencing Reform Act.

Just briefly, specifically, the Sentencing Reform Act itself in its own language states that the FBOP Director shall have the authority to grant reductions in sentence for Non-Medical Reasons, and the US Supreme And Superior Court have intimated that - stating what the law of the land shall be - that those reasons which can warrant Non-Medical Reduction in sentence entitlement under the SRA and Constitutional Principles include a whole host of non-enumerated circumstances particular to each applicant but also for reasons that are "extraordinary and compelling" or otherwise which could not be anticipated by the Sentencing District/court when imposing the sentence of imprisonment initially and it has also been implied expressly that that includes grounds which the Applicant believes should have been considered but which, for whatever reasons, the judge did not or could not consider it initially.

The implementation was through procedures spelled out in 28 CFR 571.60 et. seq. and it is invited that this authority familiarize themselves with the process prescribed therein and criterias which are unenumerated which can together or apart warrant the reduction request being granted.

At any rate, for whatever reasons the FBOP/USBOP never even (a) investigated, nor (b) logged a reduction in sentence request, nor (c) gave a written denial explaining based on insufficiency of the grounds presented. Nothing has occurred at the hands of any of the involved officials within the time allotted and it appears plainly in law and statute that the time to find one ineligible lapsed long ago.

With that in mind, left without other option and deprived of statutory entitlements, the Undersigned presented the matters to the US.WD.PA Chief by

Note: In accord with United States and State laws the Applicant is a victim of and witness to offenses reported which all described may and indeed is accused to constitute and therefore relies upon lawful entitlements to privacy and protection of his identity and the reports made and privacy in any proceedings to vindicate the rights involved and asks that the same be protected and that precautions be taken and orders be entered appropriate to protect him.

PAGE 1

forwarding to the Attention of that Office.  Those proceedings are pending and 28 USC 2241, 28 USC 1333, FRCP 57, and 5 USC 703-706 appear to require that relief be afforded.

18 USC 3582(c)(1)(B), FRCrimP 45(b)(1)(B), FRCP 60(b)(5) and 60(e) all common law rights protections preservation implied provision (See 28 USC 2072(b)) appear to require and allow that this authority do one of two things or both: (1) Consider granting reduction under the appearance of the fact that within the time allotted the FBOP/USBOP has not opposed Applicant as ineligible leaving only estoppel based presumption that one is therefore eligible for Reduction for Non-medical reasons and consider this submission an Unopposed mutually supported motion for Reduction in sentence per 18 USC 3582(c)(1)(A)(i) and (c)(1)(B), and/or (2) take into account the unrebutted facts and consider by and through investigation that You have conveyed one into the hands of an enforcement authority in what appears to be foreclosure-like enforcement proceedings resulting in imprisonment under one ratified quasi-contract (SRA Codified) which provides that Non-Medical Reduction in Sentence processing and consideration must be available to make incarceration under SRA presumptively permissible find under FRCP 60(b)(5) and 60(e) principles made applicable that it would be inequitable to prospectively enforce the punishment imposed any further and set in Show cause hearings in either event to have any appear and show cause if any they may have why the relief of immediate release by whatever means this authority comes to deem best and warranted SHOULD NOT BE GRANTED under the totality of the circumstances.

Thank you in advance for Your consideration of these matters.  Please take Notice judicial and mandatory of the Complete matters presented to US.WD.PA Chief at the Chiefs Office by contacting them and inquiring and investigating further into the illegality which arose after one was committed to the custody of the US Attorney General, the US Marshals, and Ultimately FBOP/USBOP.  Please require, in the event that any indicates desire to show cause why relief is not due, to produce as their standing to oppose ORIGINAL ENDORSED JUDGMENT WITH RETURN ON EXECUTION and be willing to bring it with them and their document custodian on the date of any hearing and to pre-certify to this authority that such exists and can and will be produced.

Note: Applicant merely seeks immediate release by and through switching supervised release term with the term of imprisonment and release with or without conditions and does not believe there to exist and does not have any proof or evidence of opposition from any that the local prosecution would need to rely upon opposition of in order to oppose what is asked of this authority based on new information.

In the event this authority deems that the circumstances require resolution in favor of the Undersigned and that no hearing is necessary because there is no opposition and the matter will proceed as an unopposed

In the event this authority deems that the circumstances require resolution in favor of the Undersigned and that no hearing is necessary because there is no opposition and the matter will proceed as an unopposed matter the Undersigned still requests that further proceedings be afforded so that one may be heard on the matter of any conditions subsequently imposed regarding immediate release.  IT IS ASKED THAT THE MATTERS PROCEED PRIVATELY.

A proposed show cause Order setting hearing is annexed.  The contents of documents and existence of opposition is at issue and requires evidence production and inspection afforded.  See FREvid 1002.  All arose after sentencing. Respectfully Presented in good Faith and Honor as Truth, SS:

/S/X

NAME ABAD ELFGEEH

ADDRESS  CARE OF PO BOX 1000 LORETTO, PA  15940

THIS MATTER IS COPIED TO THE CHIEFS OFFICE (US.·DC. District Superior Court of Columbia) DUE TO THE MATTER OF THE INVOLVEMENT OF THE PARDON ATTORNEYS OFFICE WHO HAVE NOT DONE THEIR DUTIES TO DATE AND BECAUSE OF UNDUE DELAY AND ILLEGALITY INVOLVING MULTI-DISTRICTS

-----oooOO ORDER SETTING SHOW CAUSE & SETTING HEARING OOooo-----

All parties are hereby notified that on (Date)          , this matter shall come on for hearing at (Time)          , in and at (Location) _____

_____.

It is hereby ORDERED that within five (5) days the adverse parties, if any, shall notify this authority if they will defend or contest and present therewith all proof of standing to so oppose including any affidavits in rebuttal of what has been stated in support of entitlement to consideration for relief certifying that they can and will produce the original proof of such originals they represent to exist thereby at the hearing to show cause set and deliver all of the same to ELFGEEH for his inspection.

It is hereby ORDERED that any opposed shall appear and show cause if any they may have why ELFGEEH should not be granted the relief sought and claimed due immediately with all else found to be warranted under the circumstances by this authority.

It is further ORDERED that ELFGEEH  shall be produced to be physically present at such hearing and that the adverse parties - if any - shall appear with their originals and proof of standing including any originals indicated by any resulting document they would wish to produce as proof of any authority existing to oppose.

THE CLERK SHALL MAKE ALL ADMINISTRATIVE PREPERATIONS AND DELIVER NOTICE TO ALL INVOLVED WITH THE ORIGINAL HEREOF TO THE APPLICANT.  SO ORDERED, BY:                                    PAGE 3

To whom it may concern:

Enclosed please find for adjudication of the substantive rights, and common law jural rights, of the nature required by law a request for relief and specific need shown in support thereof.

Thank You.

RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.

JAN 10 2014

TIME A.M._____
P.M._____

Sincerely,

/s/xMr. Abad Elgeeh
Via USPS FCM PREPAID 1/6/14
PO BOX 1000
Loretto, PA  15940

NOTE:

WITH YOUR REPLY HEREON PLEASE ACKNOWLEDGE RECEIPT ON YOUR OFFICIAL OFFICE LETTERHEAD IN YOUR HIGHEST CAPACITY INCLUDING THEREWITH AN ANNUAL REPORT IN FULL AND DISCLOSURE OF THE MANNER IN WHICH THIS OFFICE IS DIVIDED FOR PURPOSES OF ADMINISTRATION.

Case 1:03-cr-00133-SJ   Document 282   Filed 01/29/14   Page 5 of 5 PageID #: 996



⇔31523-053⇔

Abad Elfgeeh
Federal Correctional Institution
PO BOX 1000
Loretto, PA 15940
United States

JOHNSTOWN PA 159

06 JAN 2014 PM 1 T

USA FOREVER

Legal mail

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JAN 09 2014 ★

BROOKLYN OFFICE

Legal Mail

⇔31523-053⇔
H Starling Johnson
Judge
225 Cadman PLZ E
Brooklyn Heights, NY 11201
United States

USMS